

NUMBERS 13-08-275-CR, 13-08-276-CR,
13-08-277-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JESSE OLSEN,                                                    Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

On appeal from the 319th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion by Justice Vela

Appellant, Jesse Olsen, was indicted for the criminal offenses of robbery,[1] possession with intent to deliver cocaine,[2] and burglary of a habitation.[3] On April 7, 2008, Olsen pleaded guilty to all offenses and pleaded true to all enhancement paragraphs in the indictments in which it was alleged that he was a repeat felony offender.[4] The trial court assessed punishment at concurrent 75 year sentences on all cases. Concluding that "there are no meritorious issues for appeal," appellant's counsel filed a brief in which he reviewed the merits, or lack thereof, of the appeals. The State has not filed a brief. We affirm.

## I. Compliance with *Anders v. California*

Appellant's court-appointed counsel filed an *Anders* brief in which he has concluded that there are no appealable issues for this Court to consider. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's brief meets the requirements of *Anders*. *See id*. at 744-45; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978). In compliance with *Anders*, following his review of the court's file and the transcripts, his research, and his correspondence with appellant, counsel presented a professional evaluation of the record including, among other things, a review of grand jury proceedings, pre-trial motions, research and investigation, competency, sentencing, right to present evidence during the guilt/innocence and punishment stages, and right to appeal. *See Anders*, 386 U.S. at 744; *Currie v. State*, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974); *see*

---

[1]*See* TEX. PENAL CODE ANN. § 29.02 (Vernon 2006).

[2]*See* TEX. HEALTH & SAFETY CODE ANN. § 481.002 (Vernon 2006).

[3]*See* TEX. PENAL CODE ANN. § 30.02 (Vernon 2006).

[4]*See id*. § 12.42 (Vernon 2006).

*also High*, 573 S.W.2d at 812.

Counsel has informed this Court that he has reviewed the appellate record and concluded there are no arguable grounds for reversal. He has also informed this Court that he has provided appellant with a copy of the transcripts in his case and notified appellant of his right to review the record and to file a pro se response to counsel's brief and motion to withdraw. *See Anders*, 386 U.S. at 744-45; *see also Stafford v. State*, 813 S.W.2d 503, 509 (Tex. Crim. App. 1991) (en banc); *High*, 573 S.W.2d at 813. More than thirty days have passed, and no pro se brief has been filed.

## II. Independent Review

The United States Supreme Court advised appellate courts that upon receiving a "frivolous appeal" brief, they must conduct "a full examination of all the proceedings to decide whether the case is wholly frivolous." *Penson v. Ohio*, 488 U.S. 75, 80 (1988); *see Ybarra v. State*, 93 S.W.3d 922, 926 (Tex. App.–Corpus Christi 2003, no pet.). Accordingly, we have carefully reviewed the record and have found nothing that would arguably support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826 (Tex. Crim. App. 2005); *Stafford*, 813 S.W.2d at 509. We agree with counsel that the appeals are wholly frivolous and without merit. *See Bledsoe*, 178 S.W.3d at 827-28 ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1.").

## III. Conclusion

The judgments of the trial court are affirmed. Additionally, counsel's motion to withdraw as appellate counsel is hereby granted. We order counsel to notify appellant of the disposition of these appeals and of the availability of discretionary review. *See In re K.D., S.D., and J.R.*, 127 S.W.2d 66, 68 n.3 (Tex. App.–Houston [1st Dist.] 2003, no pet.) (citing *Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997) (en banc) (per curiam)).


ROSE VELA
Justice


Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 26th day of February, 2009.